UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: REBECCA ANN HOBSON
Case No: 5:14-bk-15577 T

### NOTICE OF OPPORTUNITY TO RESPOND TO OBJECTION TO CLAIM

You are hereby notified that the Trustee has filed the attached Objection to Claim. Any objections must be filed in writing within thirty days from the date of this notice, with the Bankruptcy Court, at 300 West 2nd, Little Rock, AR 72201 with copies to the attorney for the debtor.

If objections are filed, the Objection to Claim will be set for hearing by subsequent notice. If no response is received, the Court will enter an order sustaining the objection and granting the relief sought in the objection.

Date: 1/22/2015

/s/ Jack W Gooding
_____
Jack W Gooding
P O Box 8202
Little Rock, Ar 72221
(501) 537-4400

### CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 1/22/2015, with sufficient postage to assure delivery to the following:

cc: Dickerson Law Firm - Electronically by ECF

Rebecca Ann Hobson - U.S.P.S.

NATIONSTAR MORTGAGE LLC
350 HIGHLAND DRIVE
ATTN: CUSTOMER SERVICE
LEWISVILLE, TX 75067

WEINSTEIN AND RILEY PS
P O BOX 3978
SEATTLE, WA 98124-3978

NATIONSTAR MORTGAGE LLC
ATTN BANKRUPTCY DEPT
P O BOX 630267
IRVING, TX 75063

//APW    Trustee's Claim No: 3

/s/ Jack W Gooding

_____

Jack W Gooding

//APW    Trustee's Claim No:  3

UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: REBECCA ANN HOBSON

Case No: 5:14-bk-15577 T

---

TRUSTEE'S OBJECTION TO
ALLOWANCE OF CLAIM

---

Comes now Jack W Gooding, Standing Chapter 13 Trustee in the above case, and objects to the allowance of the claim filed herein by NATIONSTAR MORTGAGE LLC on 01/07/2015.

1.   The proof of claim filed herein on behalf of NATIONSTAR MORTGAGE LLC does not comply with the requirements of Bankruptcy Rule 3001.

2.   The proof of claim filed herein on behalf of NATIONSTAR MORTGAGE LLC fails to provide an itemization on Attachment A, Part 3 of the dates the installment payments were due.

Wherefore, the Trustee prays for an Order requiring NATIONSTAR MORTGAGE LLC to submit an Amended Claim within 30 days and upon failure to file an amended claim within 30 days, allowing the claim in the sum of $1,779.92. Further, the Trustee requests such other relief to which he may be entitled.

Dated: 1/22/2015                                              /s/ Jack W Gooding
                                                              _____
                                                              STANDING CHAPTER 13 TRUSTEE

//APW    Trustee's Claim No: 3